# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2020

Bridget M. McCormack,
Chief Justice

159856(83)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

2 CROOKED CREEK LLC and RUSSIAN
FERRO ALLOYS, INC.,
           Plaintiffs-Appellants,

v

CASS COUNTY TREASURER,
           Defendant-Appellee.

_____/

SC: 159856
COA: 342797
Ct of Claims: 14-000181-MZ

      On order of the Chief Justice, the motion of the Michigan Department of Treasury to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 6, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2020



Clerk